UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAQUETTA SHAW** <br> **PLAINTIFF(S)** <br><br> **VERSUS** <br><br> **DEFENDANT(S)** <br> **CIOX HEALTH LLC** | **CIVIL ACTION** <br><br> **No. 19-14778** <br><br> **SECTION: H** |

### PLAINTIFF JAQUETTA SHAW SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS AND/OR MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiff Jaquetta Shaw pursuant to Fed.R.Civ.P.56 and L.R 56.1, respectfully submit this separate and concise statement of material facts in support of her Motion for Summary Judgment that Plaintiff Jaquetta Shaw contends present no genuine issue.

1.) Plaintiff Jaquetta Shaw started working for Ciox Health in July 2012 as an ROI Specialist in New Orleans, LA at Tulane Hospital & Clinic. Plaintiff comparator Jenni Giraud started working for Ciox Health in February 2013 as an ROI Specialist.
2.) Plaintiff and her comparator Jenni Giraud were both hired to work at Tulane Hospital & Clinic in New Orleans, LA in the medical records department processing medical records request.
3.) Plaintiff started working on the Det Queue in 2013 and request a raise but was denied and/or given excuses as to why Plaintiff could not receive a raise. Plaintiff only received the cost of living raise in which ALL employees across the board received even Plaintiff's comparator.
4.) Plaintiff Jaquetta Shaw and comparator Jenni Giraud both signed Ciox Health Business Ethics and Conduct Policy.
5.) Plaintiff was fired while Plaintiff comparator Jenni Giraud was able to resign.

6.) Plaintiff comparator Jenni Giraud received a raise besides the cost of living before Plaintiff Jaquetta. Even though Plaintiff started before Jenni Giraud and request a raise before Jenni Giraud Plaintiff comparator.

Jaquetta Shaw
3700 Division Street
Apt 102
Metairie, LA 70002
*Jaquetta Shaw*
(504) 255-2905