UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAQUETTA SHAW | CIVIL ACTION |
| V. | NO. 19-14778 |
| CIOX HEALTH LLC | SECTION "H"(2) |

## JUDGMENT

For reasons issued July 8, 2020 and filed herein (Doc. 17);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Title VII claims for color discrimination and for race or color discrimination based on the denial of a wage increase are DISMISSED.

For reasons issued September 9, 2021 and filed herein (Doc. 165);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be granted in favor of defendant, Ciox Health LLC, and against plaintiff, Jaquetta Shaw. Ciox Health is entitled to summary judgment as to Plaintiff's termination claims and as to the claim for denial of a wage increase.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be DISMISSED with prejudice.

Signed in New Orleans, Louisiana, this 10th day of September, 2021

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE